IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BREANNA MORELLO[1] | ) |
| | ) |
|    Plaintiff, | ) COMPLAINT |
| | ) Freedom of Information |
| | ) Act, 5 U.S.C. §552 |
| v. | ) |
| | ) |
| DEPARTMENT OF VETERANS AFFAIRS | ) |
| 810 Vermont Ave., NW | ) |
| Washington, DC 20420 | ) |
| | ) |
|    Defendant. | ) |
| | ) |

Comes now Breanna Morello ("Morello"), by and through undersigned counsel, and allege as follows:

1. This is an action under the Freedom of Information Act, 5 U.S.C. § 552, for injunctive and other appropriate relief and seeking the disclosure and release of agency records improperly withheld from Plaintiff by Defendant Department of Veterans Affairs ("VA").

**JURISDICTION AND VENUE**

2. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1331 and 5 U.S.C. §552(a)(4)(B).

3. Venue lies in this district under 28 U.S.C. §1391(e).

**PARTIES**

---

[1] The information required by LCvR 5.1(c) will be filed under seal.

4. Plaintiff Breanna Morello is an adult female resident of the state of Florida and an investigative journalist. Ms. Morello is the host of the @BreannaMShow and the founder of B More Media.

5. Defendant Department of Veterans Affairs is an agency within the meaning of 5 U.S.C. § 552(f). Defendant VA has possession, custody and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

6. On December 27, 2023, Plaintiff transmitted a Freedom of Information Act ("FOIA") request to Defendant VA. The FOIA was submitted via the VA's FOIA Portal. A true and correct copy of the FOIA is attached as Exhibit "A."

7. The FOIA requested the following:

> This request is in regards to email sent and received from 3/1/23-11/1/23. The emails requested are of those working in the VA's benefits and media/communications department. In the subject and/or body of the emails, the following names would be included. These name (sic) could appear independently or listed as a group. Angel Harrelson, Ken Harrelson, Kenneth Harrelson, JD Rivera, Jesus Rivera, Jesus Delmora Rivera, Jeremy Brown, Hector Vargas Santos, Hector Emmanuel Vargas Santos and/or Hector Santos.

8. No acknowledgement was received.

9. Plaintiff followed up with Jacqueline Short regarding the FOIA on February 6, 2024, by email and did not receive a response.

10. The VA did not determine whether it would comply with the request or state how many documents would be produced and what exemptions, if any, would be invoked.

11. Pursuant to FOIA, 5 U.S.C. §552(a)(6)(A)(i), Defendant VA had twenty (20) business days in which to produce the requested records. This period has expired.

12. Pursuant to 5 U.S.C. §552(a)(6)(A)(i), Defendant was required to determine whether to comply with the request within twenty (20) working days of receipt and to notify Plaintiff immediately of its determination, the reasons therefore, and the right to appeal any adverse determination.

13. As of the date of this Complaint, VA has failed to: (i) to fully comply with Plaintiff's FOIA request; (ii) notify Plaintiff of any such determination or the reasons therefore; (iii) advise Plaintiff of the right to appeal any adverse determination; or (iv) produce all the requested records or otherwise demonstrate that the requested records are exempt from production.

14. Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. §552(a)(6)(A), Plaintiff is deemed to have exhausted any and all administrative remedies pursuant to 5 U.S.C. §552(a)(6)(C).

## COUNT I
### (Violation of FOIA, 5 U.S.C. §552 Against VA)

15. Plaintiff realleges the preceding paragraphs as if fully stated herein.

16. Defendant VA is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. §552.

17. Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of records responsive to Plaintiff's FOIA request, and Plaintiff will continue to be irreparably harmed unless Defendant VA is compelled to conform their conduct to the requirements of the law.

**WHEREFORE**, Plaintiff respectfully requests that the Court:

(1) Order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA request and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA request;

(2) Order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA request, and a *Vaughn* index of any responsive records withheld under claim of exemption;

(3) Enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA request;

(4) Grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. §552(a)(4)(E); and

(5) Grant Plaintiff such other relief as the Court deems just and proper.

Dated: February 8, 2024.

                Respectfully Submitted,

                BREANNA MORELLO

                ***/s/ Stephen D. Stamboulieh***
                Stephen D. Stamboulieh
                Stamboulieh Law, PLLC
                P.O. Box 428
                Olive Branch, MS  38654
                (601) 852-3440
                stephen@sdslaw.us
                DC District Court Bar# MS0009
                *Counsel for Plaintiff*